■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER FRANCIS HORAN, Appellant, et al., Defendants.— Judgment of conviction

affirmed. (See *People* v. *Brandfon*, 4 A D 2d 679.) All concur. (Appeal from a judgment of Onondaga County Court convicting defendant of the crime of grand larceny, second degree, entered on a plea of guilty.) Present — McCurn, P. J., Vaughan, Kimball, Bastow and Goldman, JJ.